YAMA HAAR, Appellant, *v.* THOMAS DALY, Respondent.

(Argued February 10, 1932; decided March 3, 1932.)

*Jay Leo Rothschild* and *Robert A. Pines* for appellant.
*Samuel C. Whitman* and *Edward J. Neary* for respondent.

Judgment affirmed, with costs, on the ground that there is no evidence the title is unmarketable; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.